UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 1343 (Wire Fraud) |
| **KRISTINA ANN BALLARD,** | : | |
| | : | FORFEITURE: 18 U.S.C. § 981(a)(1)(C), |
| Defendant. | : | 28 U.S.C. § 2461(c) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### (Wire Fraud)

1. Kristina Ann Ballard resided in Virginia.

2. The Victim Organization was a nonprofit organization located in Washington, D.C.

3. Ballard worked at the Victim Organization from January 2015 through December 2020. She served as the Director of Finance and was in charge of a range of functions, including all of the financial processes.

**The Scheme**

4. From in or about January 2015 through in or about December 2020, Ballard devised a scheme to defraud the Victim Organization, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

**Manner and Means**

5. Ballard used the following manner and means in furtherance of the scheme:

   a. Between January 2015 and October 2020, Ballard initiated more than $200,000 in fraudulent wire transfers of Victim Organization funds to bank accounts that she controlled.

      b.      Between May 2017 and December 2020, Ballard intercepted credit card rewards checks issued to the Victim Organization, and deposited those checks, which totaled more than $12,500, into a bank account that she controlled.

      c.      Between June 2016 and November 2020, Ballard used a Victim Organization credit card to make more than $55,000 in unauthorized personal charges.

### Execution of the Scheme

6.      On or about November 20, 2017, Ballard, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce signals and sounds from the District of Columbia to Georgia, when she used a Victim Organization credit card to pay for $1,330 worth of personal expenses that she incurred at an optical store in Washington, D.C.

**(Wire Fraud, in Violation of Title 18, United States Code, Section 1343)**

### FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will also seek a forfeiture money judgment against the defendant in the amount of $271,465.86.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853(p))**

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Dated: December 27, 2021    By: _____
Kondi J. Kleinman
Assistant United States Attorney
Fraud Section
California Bar No. 241277
555 4th Street, NW, Rm. 5245
Washington, D.C. 20530
(202) 252-6887
kondi.kleinman2@usdoj.gov