UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>KRISTINA ANN BALLARD   )<br>_____ ) | CASE NO. 1:21-cr-00745-RCL |

**CONSENT MOTION TO VACATE STATUS**

Ms Ballard hereby move this Court to vacate the currently scheduled status hearing in the above-captioned proceeding. In support of this motion, the Ms Ballard states:

1. Ms. Ballard pleaded guilty to one count of wire fraud before the Honorable Emmet G. Sullivan on March 3, 2022.

2. Ms. Ballard's sentencing was originally scheduled for July 29, 2022. However, Judge Sullivan continued the sentencing several times, ultimately to January 27, 2023. On October 18, 2022, the case was transferred to this honorable Court, which vacated the January 27, 2023 sentencing, and scheduled a status conference for February 7, 2023.

3. Undersigned counsel is currently in jury selection before Judge Mehta in Case No. 21-cr-28. The trial is expected to last six weeks, but only on Mondays through Thursdays, and Friday mornings.

4. Undersigned counsel respectfully requests that the February 7, 2023, status conference be vacated.  In light of Chief Judge Howell's latest CARES Act orders, an in-person sentencing hearing seems required given that Ms. Ballard pleaded guilty to a felony. Accordingly, the defense respectfully requests that the Court reschedule the status conference to either Friday, February 10th, or Friday, February 24th. In the alternative, because both parties have filed sentencing memoranda, the defense requests that the Court

schedule sentencing for a Friday in March. Ms. Ballard resides in Florida and will need time to make travel arrangements.

5. Government counsel, Mr Kondi Kleinman, has been consulted and consents to this request.

WHEREFORE, for the above reasons, Ms Ballard respectfully request that this Court grant this Motion to Vacate the above-captioned proceeding.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Kristina Ballard

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Vacate Status hearing is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 7th day of February, 2023.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper