## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 1:21-cr-00745-RCL |
| ) | |
| KRISTINA ANN BALLARD ) | |
| _____ ) | |

## CONSENT MOTION TO RESCHEDULE SENTENCING

Ms Ballard hereby move this Court to reschedule the currently scheduled sentencing hearing in the above-captioned proceeding. In support of this motion, the Ms Ballard states:

1. Ms. Ballard pleaded guilty to one count of wire fraud before the Honorable Emmet G. Sullivan on March 3, 2022.

2. Ms. Ballard's sentencing was originally scheduled for July 29, 2022. However, Judge Sullivan continued the sentencing several times, ultimately to January 27, 2023. On October 18, 2022, the case was transferred to this honorable Court, which vacated the January 27, 2023 sentencing, and scheduled a status conference for February 7, 2023.

3. Undersigned counsel is currently in jury selection before Judge Mehta in Case No. 21-cr-28. The trial is expected to last six weeks, but only on Mondays through Thursdays, and Friday mornings.

4. Undersigned counsel filed a Consent Motion to Vacate the February status date of February 7th 2023. The Court granted that Motion and set sentencing for 3 March, 2023 at 10am. The trial undersigned counsel is currently in is a six-codefendant January 6th matter. This matter is projected to last up to 6 weeks making counsel unavailable for the March 3rd date. The parties would request a sentencing date in the latter part of March 2023.

5. Government counsel, Mr Kondi Kleinman, has been consulted and consents to this request.

WHEREFORE, for the above reasons, Ms Ballard respectfully request that this Court grant this Motion to reschedule the currently scheduled sentencing hearing in the above-captioned proceeding.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Kristina Ballard

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Reschedule Sentencing hearing is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 7th day of February, 2023.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper

2